**THE THATER LAW GROUP, P.C.**
M. Lani Esteban-Trinidad
Nevada Bar No. 006967
6390 W. Cheyenne Ave., Ste. A
Las Vegas, Nevada 89108
Telephone: (702) 736-5297
Fax: (702) 736-5299
E-Mail: Lani@ThaterLawGroup.com

*Attorney for Plaintiff*
LAURA MANCUSO

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LAURA MANCUSO, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>MANHEIM REMARKETING, INC. D/B/A COX AUTOMOTIVE; a Foreign Corporation; DOES 1 through 10 inclusive; ROES CORPORATIONS/ENTITIES 1 through 10 inclusive,<br><br>Defendant. | Case No.: 2:17-cv-00735-KJD-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF COMPLAINT WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff LAURA MANCUSO ("Plaintiff") and Defendant MANHEIM REMARKETING, INC. d/b/a COX AUTOMOTIVE ("Defendant"), by and through their respective attorneys of record, that Plaintiff's Complaint against Defendant be dismissed in its entirety, **with prejudice**, with each party to bear its own fees and costs.

DATED this 17th day of July, 2017.                    DATED this 17th day of July, 2017.

**THE THATER LAW GROUP, PC**                         **SCHWARTZ FLANSBURG PLLC**

/s/ M. Lani Esteban-Trinidad                          /s/ Frank M. Flansburg
M. LANI ESTEBAN-TRINIDAD                              FRANK M. FLANSBURG III, ESQ.
Nevada Bar No. 006967                                 Nevada Bar No. 006974
6390 W. Cheyenne Ave., Suite A                        BRIAN BLANKENSHIP, ESQ.
Las Vegas, Nevada 89108                               Nevada Bar No. 11522
*Attorney for Plaintiff*                              6623 Las Vegas Boulevard South, Suite 300
                                                      Las Vegas, NV 89119
                                                      *Attorneys for Defendant*

**IT IS HEREBY ORDERED** that this action is DISMISSED with prejudice, each party to bear its own fees and costs.

_____
UNITED STATES DISTRICT JUDGE
Dated: August 7, 2017